```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
JORDAN ROBERTS, an infant under       : 10 Civ. 4548 (RA) (JCF)
the age of 14 years, by his mother    :
and natural guardian, SANDRA          :
PHILLIP, and SANDRA PHILLIP,          :   REPORT AND
individually,                         :   RECOMMENDATION
               Plaintiffs,            :
                                      :
    - against -                       :
                                      :
HAPPINESS IS CAMPING INC.,            :
                                      :
               Defendant.             :
- - - - - - - - - - - - - - - - - - -:
TO THE HONORABLE RONNIE ABRAMS, U.S.D.J.:
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/13

Following resolution of this action, I held an infant compromise hearing. For the reasons set forth on the record in open court, I recommend that the settlement be approved.

Respectfully submitted,

*JAMES C. FRANCIS IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       March 11, 2013


Copies mailed this date:

Stuart M. Rissoff, Esq.
William Cohen, Esq.
Law Offices Stuart M. Rissoff
300 Garden City Plaza, Suite 144
Garden City, New York 11550

1

Raymond S. Mastrangelo, Esq.
Mound Cotton Wollan & Greenglass
855 Franklin Avenue
Garden City, New York 11530

Rodney E. Gould, Esq.
Robert C. Mueller, Esq.
Rubin, Hay & Gould, PC
205 Newbury Street
P.O. Box 786
Framingham, MA 01701

