```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JORDAN ROBERTS, an infant under the age
of 14, by his mother and natural guardian,
SANDRA PHILLIP, and SANDRA PHILLIP,
individually,

                                Plaintiffs,

            -v-

HAPPINESS IS CAMPING, INC.,

                                Defendant.

------------------------------------------------------------X

No. 10 Civ. 4548 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Before the Court is the March 11, 2013 Report and Recommendation ("R&R") of Magistrate Judge James C. Francis IV recommending that the Court approve the proposed settlement in this action. At the infant compromise hearing held on February 22, 2013, Judge Francis found that "the amount of the settlement is fair and reasonable," "[t]he attorney's fees requested are consistent with the retainer agreement," and that "the amount of the settlement is consistent with other verdicts and settlements in cases of a similar nature." The Court has reviewed the R&R, to which no party has objected, attorney's and guardian's affirmations, and the transcript of the February 22, 2013 hearing. Finding no clear error, see Wynn v. Lempke, No. 08 Civ. 3894 (RJS), 2009 WL 1227362, at *2 (S.D.N.Y. May 5, 2009), it is hereby:

      ORDERED that the R&R is adopted in its entirety and the settlement is approved. The infant compromise order submitted to the Court has been signed and filed separately. The Clerk

of Court is respectfully directed to close this case.

SO ORDERED.

Dated:  May 14, 2013
        New York, New York

                                            Ronnie Abrams
                                            United States District Judge